FRANKLIN Q. BROWN and Others, Appellants, Respondents, v. LESLIE B. WILSON and LUDWIG CHARDON, Respondents, Appellants.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

The COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of JENNIE SHOEMAKER, Respondent, v. FRANK H. KNIGHT, Appellant.— Order of the Court of Special Sessions affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

NATHAN FEDELMAN, Appellant, v. ST. DEAN REALTY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present—Thomas, Carr, Stapleton, Mills and Rich, JJ.